**Opinion issued April 28, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00061-CV

———————————

## IN RE ROXANNE MONIQUE KENNEDY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Roxanne Monique Kennedy seeks mandamus relief concerning the trial court's failure to proceed to trial, failure to rule on pending motions, and issuance of the November 2016 temporary order without required pleading and without the requirements of a temporary injunction.[1]

---

[1] The underlying case is *In the Matter of the Marriage of Christopher Kyle Kennedy and Roxanne Kennedy and in the Interest of K.T.K. and R.V.K., Children*, cause number 15-FD-2255, pending in the 306th District Court of Galveston County, Texas, the Honorable Anne B. Darring, presiding.

Because relator has not established her entitlement to mandamus relief, we deny her petition. *See* TEX. R. APP. P. 52.8.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.